ACCEPTED
01-15-00018-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 4:44:36 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00018-CR

| | | |
|---|---|---|
| JOHN ROBERT COULTER | § | IN THE COURT OF APPEALS |
| VS. | § | FIRST JUDICIAL DISTRICT |
| STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 4:44:36 PM
CHRISTOPHER A. PRINE
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

On October 13, 2015, the Court abated the appeal in this cause and ordered the trial court to hold a hearing to determine whether a video recording of the child complainant is missing from the appellate record and to determine whether the record is complete. The Court directed the trial court to file its findings and recommendations within 25 days of the date of the order, which was November 7, 2015.

The trial court held an evidentiary hearing on October 29, 2015. The court then ordered the court reporter to provide the reporter's record of the hearing to the parties, ordered the parties to propose findings of fact based on the record, and ordered a hearing on the proposed findings with argument of counsel within ten days of the receipt of the record.

The court reporter provided the parties with the reporter's record on November

4, 2015.  The final hearing on abatement and remand is set for Thursday, November 19, 2015, at 1:30 p.m.

The State believes the court reporter will be able to produce the reporter's record of this final hearing in about a week; however, Thursday, November 26, 2015, is the nation's Thanksgiving holiday and Fort Bend County is also closed the following day.

WEREFORE, PREMISES CONSIDERED, the State asks this Court to grant an extension of time to file the reporter's and clerk's records on the abatement of this cause on or before December 4, 2015.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205/(281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's motion was served by e-service on November 17, 2015, on Mr. James Bennett, <Jamesmbennett@sbcglobal.net>.

<u>/s/ Gail Kikawa McConnell</u>
Gail Kikawa McConnell